IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLIFFORD J. SCHUETT,

   Plaintiff,

    v.

U. S. ATTORNEY GENERAL
DISTRICT OF GEORGIA,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3101-TWT

**ORDER**

    This is a Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff must pay the full amount of the filing fee of $455.00. The Court assesses as a partial payment of the filing fee, an initial partial filing fee of 20 percent of the greater of--(A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the notice of appeal. After payment of the initial partial filing fee, the Plaintiff shall be required to make monthly payments of 20 percent of the

preceding month's income credited to the Plaintiff's account. The agency having custody of the Plaintiff shall forward payments from the Plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fees are paid.

    SO ORDERED, this 27 day of October, 2014.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge